**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02827-ZLW

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The Court entered an Order of Dismissal in this case on January 19, 2010. Accordingly, Plaintiff's letter filed on January 21, 2010 (Doc. # 11), requesting that an order be sent to inmate accounts, is DENIED as moot.

    Dated:  January 28, 2010